# IN THE SUPREME COURT OF THE STATE OF NEVADA

STUART FRANK TEMPLETON,
Appellant,

vs.

ISIDRO BACA, WARDEN; AND THE STATE OF NEVADA,
Respondents.

No. 71537

FILED

NOV 23 2016

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY
CHIEF DEPUTY CLERK

## ORDER DISMISSING APPEAL

This appeal was initiated by the filing of a pro se notice of appeal. First Judicial District Court, Carson City; James E. Wilson, Judge.

Appellant filed a notice of appeal on October 17, 2016. No appealable order was designated in the notice of appeal. To the extent appellant appeals from the order denying a motion for leave to proceed in forma pauperis, no statute or court rule permits an appeal from such an order. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990). Because appellant failed to designate an appealable order, we

ORDER this appeal DISMISSED.

_____, C.J.
Parraguirre

_____, J.
Hardesty

_____, J.
Pickering

16-36548

cc: Hon. James E. Wilson, District Judge
Stuart Frank Templeton
Attorney General/Carson City
Carson City Clerk